1  Mark P. Meuser, SBN 231335
2  Meuser Law Group, Inc
   PO Box 5412
3  Walnut Creek, CA 94596
4  Telephone: (415) 577-2850
   Facsimile: (925) 262-4656
5  mark@meuser-law.com
6
7  Attorney for John and Kimberly Laliberte

FILED
CLERK, U.S. DISTRICT COURT

APR 1 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| 10  JOHN LALIBERTE, and<br>11  KIMBERLY LALIBERTE, husband<br>12  and wife,<br>13            Plaintiffs,<br>14<br>15  vs.<br>16  NORTHROP GRUMMAN<br>17  PENSION PLAN HISTORICAL<br>     BENEFIT PART A; NORTHROP<br>18  GRUMMAN CORPORATION, a<br>19  corporation; ADMINISTRATIVE<br>     COMMITTEE OF NORTHROP<br>20  GRUMMAN RETIREMENT PLAN;<br>21  HEWITT ASSOCIATES, INC.; a<br>22  business entity, and DOES 1-50,<br>     inclusive,<br>23<br>24            Defendants. | Case No.: **CV12·3153** PSG (PJW)<br><br>**COMPLAINT FOR EQUITABLE<br>REMEDIES FOR:**<br><br>**1.  Promissory Estoppel**<br>**2.  Fraud**<br>**3.  Intentional Misrepresentation**<br>**4.  Negligent Misrepresentation**<br><br>**Demand for Jury Trial** |

25
26                      **PARTIES**
27  1.  Plaintiff John Laliberte is, and at all times referenced herein was, a natural
28      person domiciled in the state of California.

1

Complaint

2. Plaintiff Kimberly Laliberte is, and at all times referenced herein was, a natural person domiciled in the state of California.

3. On information and belief, Defendant Northrop Grumman Pension Plan Historical Benefit Part A is a pension plan that John was a participant of during his employment with Defendant Northrop Grumman Corporation, and which is the only pension plan at issue in this litigation.

4. Defendant Northrop Grumman Corporation is a corporation incorporated under the laws of Delaware and having its principal place of business in Virginia,[1] and is authorized to do business in the State of California.

5. On information and belief, Defendant Administrative Committee of Northrop Grumman Retirement Plan is a business entity, form unknown, and is authorized to do business in the State of California.

6. On information and belief, Defendant Hewitt Associates, Inc. is a business entity form unknown that is authorized to do business in the State of California.

7. On information and belief, Defendant Hewitt Associates, Inc. is the pension plan administrator for all relevant Northrop Grumman Pension Plans referred to herein.

## JURISDICTION

8. This Court has jurisdiction over claims for violation of the Employee Retirement Income Security Act of 1974 § 502 codified at 29 U.S.C. § 1132, under 28 U.S.C. § 1331 (federal question jurisdiction).

9. This court has jurisdiction over all common law claims or claims in equity herein asserted under 28 U.S.C. § 1367 (supplemental jurisdiction), as these claims share a common nucleus of operative fact with the federal claims herein asserted.

---

[1] Under Hertz Corp. v. Friend et al., No. 08-1107, 2010 U.S. LEXIS 1897 (U.S. Feb. 23, 2010), the "nerve center test" controls the determination of a corporation's principal place of business.

Complaint

## GENERAL ALLEGATIONS

10. Plaintiff John Laliberte (hereinafter referred to as "John") began employment with Defendant Northrop Grumman Corporation in August of 1985 at its plant located at Pico Rivera, California.

11. John worked at the Pico Rivera plant until April 7, 2000, when he was laid off because the plant was being closed.

12. Between 1985 and 2000, John was a Participant of Defendant Northrop Grumman's Pension Plan Historical Benefit Part A. On information and belief, this plan was administered by Defendant Hewitt Associates, Inc.

13. Any appeal regarding issues arising from Northrop Grumman Pension Plan Historical Benefit Part A, were to be directed to Defendant Northrop Grumman Corporation or Defendant Administrative Committee of Northrop Grumman Retirement Plan (hereinafter referred to collectively as "Northrop").

14. John did not take voluntary retirement or any other benefits when he was laid off from the Pico Rivera plant.

15. John was hired immediately by Aerojet Corporation (hereinafter referred to as "Aerojet") and he commenced work at an Aerojet facility in Azusa, California, on April 10, 2000.

16. On information and belief, Aerojet was purchased by Northrop in October of 2001.

17. As of October 2001, John understood from Northrop's Employee Handbook that his pension benefits would be bridged based on the "two year rehire rule" stated as follows: "Re-employment at Another Company Element: If, while you are on layoff from one company element, you are rehired at another Northrop Grumman company element within two years, your company service will be reinstated after you have successfully completed a 90-working day qualifying period."

3

Complaint

18. Because Aerojet was acquired by Northrop within two years of John's termination from Northrop on April 7, 2000, his benefits would bridge from his prior term of employment with Northrop to his term of employment with Aerojet, one of Northrop's Affiliated Companies.

19. In the summer of 2010, John and his wife, Plaintiff Kimberly Laliberte (hereinafter referred to as "Kimberly"), began to seriously consider the issue of John's retirement.

20. John and Kimberly called Northrop and spoke to a Northrop Benefits Specialist in July or August of 2010 who researched John's potential retirement benefits.  The Northrop Benefits Specialist informed John and Kimberly that John's pension benefits would bridge from his current employment with a Northrop Affiliated Company to his previous term of employment with Northrop.  They were told that Northrop had to bridge John's benefits.

21. In August of 2010, the Northrop Benefits Specialist informed John and Kimberly orally and in writing that their monthly pension benefit payment would be $3,392.45.  This amount was calculated by combining the following items:  Northrop Grumman Pension Plan Historical Benefits Part A in the amount of $2,419.14 (reduced to $1,935.31 for a 100% Joint/Survivor benefit); Northrop Grumman ESSD Historical Benefits Part A through June 2003 in the amount of $409.64; Northrop Grumman ESSD Transition Benefits Part B or C through June 2008 in the amount of $746.53; and Northrop Grumman ESSD Cash Balance Benefit Part D beginning July 1, 2008 in the amount of $300.97.[2]  Exhibit 1.

---

[2] For the purposes of this Complaint, the following pension plans are not in dispute:  Northrop Grumman ESSD Historical Benefits Part A, Northrop Grumman ESSD Transition Benefits Part B or C, and Northrop Grumman ESSD Cash Balance Benefit Part D.  The only portion of John's pension benefits that are in dispute pertain to the Northrop Grumman Pension Plan Historical Benefit Part A.

Complaint

22. John and Kimberly began to plan whether it would be possible for John to retire on May 1, 2011 based on the figures provided to them in August, 2010 by the Northrop Benefits Specialist.

23. After careful determination, John and Kimberly found that they could meet their anticipated monthly financial obligations based on the pension estimate provided to them by the Northrop Benefits Specialist.

24. Between August 2010 and February 2011, John and Kimberly tried unsuccessfully to get additional information from Northrop regarding John's pension benefits.  They were told that they had to wait until three (3) months prior to John's anticipated retirement to begin the process of obtaining the additional requested information.

25. In reliance upon this, John and Kimberly started the process of obtaining information regarding John's pension benefits three (3) months before his sixty-fifth (65th) birthday (April 22, 2011) just to get the detailed information that they needed.  At that time, John was strongly considering continuing to work for Northrop in order to make sure they could meet their financial goals.

26. John and Kimberly received their first phone call from Northrop Benefits on February 11, 2011.  They were contacted by a Northrop Plan Administrator Retirement Specialist named Charlisse, ID number 4N104D. John and Kimberly did not discover until much later that Charlisse and others worked for Defendant Hewitt Associates, Inc.  They were informed that Charlisse was the "Northrop benefits specialist."

27. At all relevant times, Kimberly was present at all phone conversations described herein and throughout all conversations, was the primary contact with Charlisse.  Toward the end of April 2011 and beyond, Kimberly became the sole point of contact between the Plaintiffs and Northrop.  John

Complaint

wanted Kimberly to do this for him because the stress was affecting him negatively.

28. Charlisse advised John and Kimberly on February 11, 2011 that she would be their "benefits specialist."  They were instructed that all phone calls were being recorded by Northrop and that Charlisse would set all appointments with John and Kimberly.  They were further told that any specifics regarding John's retirement would only be available when Northrop called John and Kimberly.  They were given a general phone number with no extension, for "non-specific questions."  Further, Northrop did not fax, email or otherwise communicate with John and Kimberly.  Northrop's two methods of communication were through scheduled phone contacts with the specialist or "standard mail."

29. On February 11, 2011, Charlisse informed John and Kimberly orally that their monthly pension benefit payment would be $3,153.41.  This amount was calculated by combining the following items:  Northrop Grumman ESSD Historical Benefits Part A of $338.77; Northrop Grumman ESSD Transition Benefits Part B or C in the amount of $617.07; Northrop Grumman ESSD Cash Balance Benefit Part D in the amount of $242.88; and Northrop Grumman Pension Plan Historical Benefits Part A of $1,954.69.

30. At the time Charlisse quoted a monthly pension benefit of $3,153.41, John and Kimberly did not know if it corresponded to the quote they had received in August of 2010, but it sounded close.

31. On March 8, 2011,[3] they again asked for confirmation from Charlisse concerning the pension amounts they would be receiving.  She confirmed the above numbers from Paragraph 29 which totaled $3,153.41.

---

[3] Dates of conversations with Charlisse unrelated to the pertinent issues of this Complaint are not addressed herein.

Complaint

32. John and Kimberly subsequently received a packet dated March 9, 2011 which contained essentially the same numbers as the August 2010 packet, and exactly the same number as outlined above in paragraph 29.  Exhibit 2.

33. At that time, they provided Charlisse with information about withholding federal and state taxes.  She instructed John and Kimberly to prepare a resignation letter no later than two weeks before John left Northrop's employment and that she would be sending pension authorization forms which needed to be signed and returned.

34. On March 24, 2011 John and Kimberly spoke with Charlisse again and were told to watch for pension confirmation and authorization forms to arrive.  Because John was still unsure whether he was actually going to retire May 1, John and Kimberly asked if the forms they were signing were irrevocable.  Charlisse advised them that the forms were revocable and that John could still change his retirement date until the resignation letter was actually sent, at which time it would become irrevocable.

35. They received a subsequent packet dated March 25, 2011 also confirming the amounts set forth above in paragraph 29. Exhibit 3.  They were given until May 10, 2011 to return the signed forms.

36. On April 5, 2011 Charlisse failed to call John and Kimberly as scheduled. When they called Northrop, they were given no reason why Charlisse had not called, but another call was scheduled for April 22, 2011.

37. During this time period, one of John's leads asked him to consider staying past the May 1 anticipated date as there was some work he could complete. John told her he would consider it and speak with his Plan Administrator Retirement Specialist to see what impact his staying would have on the retirement numbers he had been given.  Because of this issue, John and Kimberly had not yet returned the March packets to Northrop.

Complaint

38. When Charlisse called on April 22, 2011 (John's birthday), John and Kimberly mentioned to her that John had an opportunity to stay longer at Northrop and wanted to know how the retirement numbers would be affected if he stayed another month or more. She gave them a new number on the Northrop Grumman Pension Plan Historical Benefit Part A portion of John's pension: $1,140.28. This represented a difference of $814.41 per month.

39. John and Kimberly were horrified. They asked Charlisse how the number for this portion of John's pension could have dropped so significantly, but the information she provided to them was unintelligible. Charlisse communicated the following basic information to John and Kimberly, "Because he (John) is 65, he would have a 'retroactive annuity start date'." She could not articulate what the phrase "retroactive annuity state date" meant. She only stated that John's retirement would be affected and reduced by $814.00 a month if he stayed with Northrop beyond May 1, 2011. John and Kimberly concluded that it had something to do with John's sixty-fifth (65th) birthday, but could make no sense whatsoever of the conversation.

40. John felt a deep sense of panic at hearing these drastically reduced pension benefit numbers and asked Charlisse hypothetically that if he retired May 1, 2011, would the former number of $1,954.69 be reinstated. Charlisse emphatically assured him that if he left Northrop's employ on May 1, 2011, instead of June 2011 or later, that John and Kimberly would receive the $1,954.69 figure for the Northrop Grumman Pension Plan Historical Benefit Part A portion of John's pension.

41. John and Kimberly told Charlisse that they were relying on the prior information given to them and that John's retirement depended heavily him receiving the $1,954.69 figure.

8

Complaint

42. Based upon this April 22, 2011 conversation, John told Charlisse he was going in that day and giving his resignation letter effective May 1, 2011.

43. On several occasions during this very stressful conversation on April 22, Charlisse confirmed to John and Kimberly that if John left Northrop on or before May 1, 2011, the retirement numbers in the new packet, "would not be significantly less" than the numbers provided in the March packets. Charlisse forcefully confirmed to them that if John retired on May 1, 2011, the amount of his Northrop Grumman Pension Plan Historical Benefit Part A benefit would be the higher amount quoted, namely, $1,954.69.

44. John relied on Charlisse's representations that the amount of his Northrop Grumman Pension Plan Historical Benefit Part A benefits would be $1,954.69 in tendering his resignation.

45. During the April 22, 2011 phone conversation, John and Kimberly explained that they were relying on Charlisse's information in that John decided to retire on May 1, 2011, instead of later. John and Kimberly felt that they had no choice but to take this step since Charlisse informed them that unless John retired on May 1, 2011, their retirement benefits would be significantly lower.

46. John and Kimberly explained to Charlisse that the only reason John was leaving Northrop's employment as of May 1, 2011, was because of Charlisse's statements that John's Northrop Grumman Pension Plan Historical Benefit Part A would take a significant dip if he did not retire as of May 1.

47. On April 22, 2011, John submitted his resignation letter to Northrop with an email explanation to his lead, Jessica. John stated in the letter that he was forced to retire immediately to preserve his retirement. At this time, John understood from Charlisse that his resignation letter would be irrevocable.

Complaint

48. When John explained his situation to his manager, his lead and many co-workers, they were amazed.

49. On April 26, 2011, Charlisse called again and advised John and Kimberly that John's pension benefits would be the same as the March 25, 2011 estimate as set forth in Paragraph 29.  As part of the March 25, 2011, estimate, John's Northrop Grumman Pension Plan Historical Benefit Part A would be $1,954.69.  She also advised them that Northrop's research team was working on the situation.  Immediately after saying this, Charlisse inexplicably changed her mind about what she had just told them.  Charlisse explained to John and Kimberly that based on the work of the research team between April 18 and April 21, that the figures on John's Northrop Grumman Pension Plan Historical Benefit Part A had dropped from $1,954.69 to $1,140.28 and that the lower number was "confirmed." She had no intelligible explanation for the change but indicated that the drop in pension benefit was due to John's rehire into a non-Northrop company.  She further stated that the $1,140.28 figure was accurate for a May 1, 2011, retirement date.

50. The decision by Northrop's research team was in direct conflict with Northrop's previous oral and written representations that John's Northrop Grumman Pension Plan Historical Benefit Part A benefits would be bridged from his previous employment with Northrop.

51. In response to Charlisse's representations during the April 26 phone call, John and Kimberly explained to Charlisse that John's benefits were bridged since John was a re-hire to a Northrop company within two years of his prior termination.  They informed Charlisse that since John chose to defer taking any benefits at that time, his pension must be bridged to his previous employment with Northrop.

10

Complaint

52. John and Kimberly were profoundly shocked at the drastic change in John's pension benefits estimates.  They were also very concerned because John had already put in his resignation letter which was irrevocable according to Charlisse.

53. During the April 26 phone call, Charlisse stated that she was sending an 'urgent' request to the research team to recalculate the figures based on the bridging information John and Kimberly provided to her.

54. During the April 26 phone call, John and Kimberly also expressed to Charlisse a concern about being "blindsided" by Northrop during this whole process and asked why Northrop failed to tell them about this Northrop's decision not to bridge John's benefit before concern.

55. On April 29, 2011, John and Kimberly received a phone call from Charlisse informing them that the research team findings were still in process.  During this conversation, John went into the facts again concerning his termination from Northrop on April 7, 2000, his re-hire by Aerojet on April 10, 2000, and of Northrop's acquisition of Aerojet in October of 2001.  John explained that because he became an employee of a Northrop company within two years of his previous termination, he was entitled to have his seniority restored and his pension benefits bridged. John and Kimberly again requested that John's pension benefits be recalculated based upon these facts.

56. Charlisse assured John and Kimberly that their comments were being sent to the Quality Review Team and that the Quality Review Team was waiting until it received a "retired status" notification from Northrop's Human Resources department.

57. During this conversation on April 29, 2011, Charlisse again confirmed that John and Kimberly would get the "same packet" and that the $1,954.69 number for John's Northrop Grumman Pension Plan Historical Benefit

11

Complaint

Part A would not be any lower.  She also informed them that it could possibly be more than $1,954.69.  John and Kimberly told Charlisse about the stress they were now under because Northrop kept changing things at the last minute and John and Kimberly were unable to get enough clarity to make decisions about their future.  Kimberly expressed that she was having nausea every time Charlisse called and John expressed that he was experiencing migraines and achy muscles and joints when Charlisse called.

58. During this conversation on April 29, 2011, Kimberly asked about an appeal process and Charlisse told her they could file a claim.

59. On May 3, 2011, Charlisse called John and Kimberly again and informed them that all of the details had been sent to the research team and that Charlisse would call again when the information was complete and the pension benefits package was sent.  Charlisse indicated that she was still awaiting information on whether Northrop would bridge John's retirement benefits.

60. During the May 3 phone conversation, John and Kimberly stated to Charlisse that the most recent packet they had received was still indicating the lower Northrop Grumman Pension Plan Historical Benefit Part A benefit of $1,140.28 and did not include the information on bridged benefits.  Charlisse explained she was still trying to get an answer from the research team on those two questions.  At that point in the conversation, Charlisse again, without any explanation, changed her story.  She then stated to John and Kimberly that their package was complete and indicated that nothing about their benefits was going to change and that they were not going to get any more than approximately $2,339.00 per month.  John and Kimberly terminated the conversation at that point.

61. On May 5, 2011, Charlisse called John and Kimberly and explained that the research team had checked the details that were provided to them and

Complaint

that there was no mention of John's seniority in the plan.  She could not fully explain what that meant, but told John and Kimberly that John's seniority was being questioned since Aerojet was not a Northrop entity at the time John was first employed with Aerojet.

62. During the May 5 phone call, Charlisse also explained that there was a calculation by a prior administrator in July of 2004 showing that the Northrop benefit was frozen and that if there were seniority rights, the administrator then did not apply them.  John and Kimberly asked why they were not notified of this back then so it could have been addressed.  Charlisse did not answer the question.

63. During the May 5 phone call, Charlisse confirmed John's pension benefit as then currently calculated by the review team as follows:  Northrop Grumman Pension Plan Historical Benefit Part A in the amount of $1,131.00; Northrop Grumman ESSD Historical Benefits Part A in the amount of $338.77; Northrop Grumman ESSD Transition Benefits Part B or C in the amount of $617.07; and Northrop Grumman ESSD Cash Balance Benefit Part D in the amount of $242.91.   This came to a total monthly benefit of $2,329.75.

64. During the May 5 phone call, John and Kimberly asked for a claim form to file an appeal.  Charlisse informed them that it would be sent by standard mail.  They were also told that the only way a pension benefit could begin was for them to sign the forms that Northrop was sending with the most current numbers.

65. John and Kimberly subsequently received the claim form dated May 6, 2011.

66. By May 5, 2011, John and Kimberly were afraid to believe anything they were being told by Charlisse and decided not to wait for the new forms to be received.  They sent in the prior forms from the March 2011 packet

Complaint

which purportedly gave them until May 10, 2011 to sign and return. These forms had the original, higher amounts of retirement. The forms were mailed May 5, 2011.

67. In the meantime, John and Kimberly prepared their Claim form and sent it to the Claims Department on May 14, 2011.

68. On May 16, 2011 Charlisse called John and Kimberly and informed them that Northrop had received their forms and that they would be receiving new pension amounts, including back pay to May 1, 2011. Charlisse also confirmed to them that this new pension amount would not be the lower numbers previously indicated. The new total monthly amount was $3,153.41, which was the same as the March 25, 2011 estimate.

69. During the May 16 phone call, Charlisse informed John and Kimberly that the amount of $3,153.41 less taxes, medical and dental, would be deposited in their bank account on July 1, 2011. The total net to be received by them per month after all deductions was to be $2,107.41. Charlisse informed them that Northrop received their pension authorization forms of May 10 and they were approved on May 11. Payment was set for July 1 with two months of retroactive pay.

70. John and Kimberly reasonably believed that their situation had been resolved in their favor. As they worked on their finances, it became evident that they would be able to manage their expenses in such a way that they could scrape by until John turned sixty-six (66) on April 22, 2012, and would be eligible for full Social Security benefits.

71. On or about May 20, 2011, John and Kimberly received a medical packet from Northrop advising them that their medical benefits for a spouse/child had dropped from $601.87 to $541.71. There was no explanation in the packet concerning the drop. This was another unexpected issue from Northrop that contributed to their stress and emotional instability.

Complaint

72. On May 27, 2011, Charlisse called John and Kimberly and they questioned her about the drop in medical benefits.  She had no explanation for the drop but confirmed that it was in fact now only $541.71 and not the $601.87 they had been promised.  They had to pay the higher amount for medical in order to receive it, so they paid it "under protest."  Charlisse promised to send a request to the health research team for an explanation. Charlisse also confirmed that the pension payment was still scheduled for July 1 in the amount of $9,460.23.

73. On June 3, 2011, Charlisse called John and Kimberly to discuss the change in medical benefits. She explained that children no longer got credit benefits.  While their son was covered, no credits could be applied to him. She was unable to explain why.  In order to keep their son insured, they had to come up with an additional $60 per month.

74. On June 22, 2011, Charlisse called John and Kimberly and they told her we still had not received the April 28, 2011 packet that had been promised to them.  She promised to request another packet for them.

75. On July 6, 2011, Charlisse called John and Kimberly and they asked her to provide them with a formula for determining the amount that dependent children's benefits were cut.  She promised to get them that information.

76. During the July 6 conversation, John and Kimberly advised Charlisse that they had not yet received the July 1 payment as promised.  They reminded her that they had had no income since May 1, 2011.  Charlisse indicated she was aware of that fact and would get back to them.  She promised to call by the end of the day regarding why the money was not deposited.

77. Later on July 6, 2011, Charlisse called John and Kimberly and informed them that as of then there was no status on when Northrop's payments on the pension would be available to them.  She informed them that there was no information available and that she did not know when that information

Complaint

would be available.  When John heard this information, he reached his limit and felt that he could not participate in any further dealings with Northrop or Charlisse.  He was sickened and shocked that he was being treated this way at the end of his 25 years with Northrop.

78. During the July 6 phone call, John asked Kimberly to handle all further communications with Northrop from that moment on.  Kimberly agreed and asked to speak to a supervisor.  She was transferred to someone named Reggie, ID number 4N103B.  Kimberly advised Reggie that they had not received their pension payment for the prior three months and asked Reggie for the status of the payments.  Reggie did not know why their payments had been held up, and he placed Kimberly on hold for several minutes while he obtained that information.

79. When Reggie came back to the phone, he informed Kimberly that no pension payments had been made because a "claim" had been filed.  He informed Kimberly that any time a claim is filed, no pension benefits are paid until the claim is resolved.  This was the first time that Kimberly became aware that Northrop operated in this fashion.  Reggie promised to speak with the Pension Management Group and then call Kimberly back.

80. On July 7, 2011, at approximately 8:00 a.m., Reggie called Kimberly back and was unable to tell her who had made the decision to hold back their pension payments.

81. During this first July 7 phone call, Kimberly reminded Reggie that John had worked for Northrop for twenty-five (25) years and that they felt it was unconscionable that Northrop was treating them like this.  Reggie promised to call back later.

82. On July 7, 2011, at approximately 8:13 a.m., Reggie called Kimberly back and informed her that a meeting had been scheduled for that morning between Northrop and Defendant Hewitt Associates, Inc.

16

Complaint

83. During this second July 7 phone call, Reggie further stated that Northrop had "dropped the ball" and should not have given John and Kimberly any information about payments and that he, Reggie, should not be discussing the matter with Kimberly because of the pending claim.

84. During this second July 7 phone call, Reggie further stated to Kimberly that there had been a mistake in claims benefits and that Charlisse should never have given John and Kimberly the information in the first place. Reggie then stated that if they needed any money, they should not look to Northrop for anything.  Instead, Reggie told Kimberly that they should consider taking any money they needed to live out of their 401k.

85. On July 7, 2011, at approximately 2:30 p.m., Reggie called Kimberly back to inform her that Northrop had resolved the claim, and that a copy of the resolution would be mailed to her overnight.  Reggie stated that Northrop was offering John and Kimberly $1,131.99 for the historical portion of John's pension.

86. During this third July 7 phone call, Kimberly asked Reggie if taking the reduced amount would jeopardize any future appeal to Northrop.  Reggie indicated that the only safe option was to not take anything from Northrop.

87. In response to this third July 7 phone call from Reggie, Kimberly was nauseous and in tears.

88. On July 12, 2011, Charlisse called Kimberly and attempted to explain the process whereby their medical benefits had been reduced.  Kimberly could not fully understand the explanation.  Charlisse indicated that the policy was new as of 2011.  Charlisse stated that Northrop was no longer paying for spouses and children even though John's forms might say otherwise.

89. As a result of the July 12 phone call, John and Kimberly have continued to pay the additional $60.00 per month under protest for their son's medical benefits.

90. During the July 12 phone call, Kimberly asked Charlisse for written documentation showing that John and Kimberly were not waiving their right to appeal on the issue of medical benefits.  Charlisse promised to send a request to the research team for such confirmation.

91. During the July 12 phone call, Kimberly also informed Charlisse that the deadline for applying for COBRA benefits was almost up and that John and Kimberly's inability to pay for such benefits was a direct result of Northrop's failure to properly calculate and pay John's pension benefits.

92. On July 14, 2011, Reggie called Kimberly and explained that she would not be receiving anything in writing regarding whether John and Kimberly would waive their right to appeal if they accepted the lower amount. Reggie told Kimberly that they should go ahead and appeal, but that he could not confirm whether they would waive any rights in the meantime.

93. During the July 14 phone call, Kimberly requested a complete copy of John's pension plan.  Reggie said he would request one, and he seemed surprised that they did not already have a copy.  As it turned out, Reggie sent "Summary Plan Descriptions" and it was not until several subsequent requests for the actual Plan was requested, that a box of unlabeled documents arrived from Northrop purporting to be the Plan.  Other documents and evidence requested by Kimberly in writing were not provided.

94. On July 14, 2011, John and Kimberly discussed their financial situation and concluded that there was no way they could continue to make the mortgage payments on their home because of the way that Northrop was treating them by delaying payment of their pension benefits and by lowering the promised amounts unreasonably.

95. Also on July 29, 2011, Charlisse called Kimberly and informed her that Northrop was still working on when John and Kimberly's payments would

Complaint

be sent.  Kimberly informed Charlisse that they had had to put their home on the market because of the financial pressures stemming from Northrop's mishandling of their pension payments.

96. John and Kimberly relied upon Northrop's representations when John tendered his resignation from Northrop on April 22, 2011.

97. On August 15, 2011, John and Kimberly finally received a deposit from Northrop on the back pay for their pension benefits at the lower rate quoted to them.  No paperwork was provided to indicate how this amount was calculated.

98. John and Kimberly suffered significant financial losses due to their reliance on Northrop and Defendant Hewitt Associates' representations.

## FIRST CAUSE OF ACTION
### *PROMISSORY ESTOPPEL*
*By Plaintiffs against All Defendants*

99. Plaintiffs reallege, and incorporate by reference, paragraphs 1 through 98 of this Complaint as though fully alleged herein.

100.    Northrop made many oral and written material misrepresentations to John and Kimberly pertaining to John's pension benefits and the interpretation of the pension plan.

101.    John and Kimberly made many requests for oral and written interpretations of the Northrop Grumman Pension Plan Historical Benefit Part A portion of John's pension plan.

102.    Northrop complied with some of these requests and provided at least two (2) different interpretations of the Northrop Grumman Pension Plan Historical Benefit Part A.

103.    In August of 2010, Northrop informed John and Kimberly via telephone that their pension benefits from Northrop would be a cumulative monthly total of $3,392.45.

19

Complaint

104.     On February 11, 2011, Northrop informed John and Kimberly via telephone that their pension benefits from Northrop would be a cumulative monthly total of $3,153.41.

105.     Northrop confirmed this monthly pension amount on March 8, 2011 via telephone, and on March 9, 2011 via mail.

106.     On March 25, 2011, Northrop informed John and Kimberly via mail that their pension benefits from Northrop would be a cumulative monthly total of approximately $3,153.41.

107.     On April 22, 2011, Northrop informed John and Kimberly via telephone that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

108.     On April 22, 2011, Northrop informed John and Kimberly via telephone that if John retired from Northrop effective May 1, 2011, their pension benefits from Northrop would be a cumulative monthly total of approximately $3,153.41.  This amount would only be available if John retired on May 1.

109.     John and Kimberly were informed that if John did not retire effective May 1, 2011, his pension benefits would drop to the lower numbers quoted in the amount of approximately $2,339.00.  This representation when coupled with the short time within which to make a decision constituted extraordinary circumstances.

110.     John and Kimberly were further informed that if John did retire effective May 1, 2011, he would preserve the higher rate of pension benefits in the amount of $3,153.41.  This representation when coupled with the short time within which to make a decision constituted extraordinary circumstances.

Complaint

111.   On April 22, 2011, John reasonably and detrimentally relied upon Northrop's representations by tendering his resignation to Northrop, effective May 1, 2011.

112.   On April 26, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

113.   On April 29, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of at least $3,153.41.

114.   On May 3, 2011, Northrop informed John and Kimberly via telephone that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

115.   On May 5, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be an even lower cumulative monthly total of $2,329.75.

116.   On May 16, 2011, Northrop informed John and Kimberly via telephone that their pension benefits from Northrop would be a cumulative monthly total of $3,153.41, and not the lower numbers indicated previously.

117.   When Northrop finally deposited money into John and Kimberly's bank account, the lower quoted rate of benefits was used for the calculation.

118.   John and Kimberly reasonably and justifiably relied to their detriment upon Northrop's representations by their decision for John to tender his resignation to Northrop effective May 1, 2011.  This was done because Northrop stated that their pension benefits were in jeopardy if John did not retire effective May 1, 2011.

119.   The provisions of the relevant pension plan were ambiguous such that reasonable persons could disagree as to their meaning or effect.

21

Complaint

120.     On its face, Northrop's pension plan stated an intent to confer a benefit upon a participating employee of Northrop who was terminated from Northrop's employment and who was subsequently re-hired within two (2) years to a Northrop Affiliated Company.  However, Northrop's pension plan does not specifically provide what those benefits are or should be.

121.     Throughout the negotiation process between John and Kimberly and Northrop, Northrop made oral and written representations regarding two differing interpretations of its pension plan.  Reasonable persons looking at the Northrop Grumman Pension Plan Historical Benefit Part A could disagree over which interpretation was correct.

122.     Northrop promised John and Kimberly that they would be entitled to the more financially favorable interpretation if only John would retire effective May 1, 2011.  He did so.  Northrop has now turned the tables on John and Kimberly, and refuses to honor that commitment.

123.     As an actual and proximate cause of Northrop's misrepresentations and inconsistent conduct, John and Kimberly have been greatly harmed financially.  Due to John's prematurely induced resignation, their income level has plummeted to the point that they can not sustain their promised level of retirement.

124.     As an actual and proximate cause of Northrop's misrepresentations and inconsistent conduct, Northrop has been unjustly enriched by its failure to pay John and Kimberly their proper pension benefits.

## SECOND CAUSE OF ACTION
### *FRAUD*
*By Plaintiffs against All Defendants*

125.     Plaintiffs reallege, and incorporate by reference, paragraphs 1 through 124 of this Complaint as though fully alleged herein.

126.    Northrop made material misrepresentations to John and Kimberly pertaining to John's pension benefits.

127.    In August of 2010, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $3,392.45.

128.    On February 11, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $3,153.41.

129.    Northrop confirmed this monthly pension amount on March 8, 2011 via telephone, and on March 9, 2011 via mail.

130.    On March 25, 2011, Northrop informed John and Kimberly via mail that their pension benefits from Northrop would be a cumulative monthly total of approximately $3,153.41.

131.    On April 22, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

132.    On April 22, 2011, Northrop informed John and Kimberly that if John retired from Northrop effective May 1, 2011, their pension benefits from Northrop would be a cumulative monthly total of approximately $3,153.41. This amount would only be available if John retired on May 1.

133.    On April 22, 2011, John tendered his resignation to Northrop, effective May 1, 2011.

134.    On April 26, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

135.    On April 29, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of at least $3,153.41.

Complaint

136.    On May 3, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

137.    On May 5, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $2,329.75.

138.    On May 16, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $3,153.41, and not the lower numbers indicated previously.

139.    When Northrop finally deposited money into John and Kimberly's bank account, the lower quoted rate of benefits was used for the calculation.

140.    On information and belief, Northrop acted with reckless disregard for the truth of the representations that they were making to John and Kimberly regarding their pension benefits.  Northrop's representations were false.

141.    On information and belief, Northrop made these representations to John and Kimberly in order to induce their reasonable reliance.

142.    On information and belief, Northrop made these representations to John and Kimberly with the intent to defraud them of their rightful pension benefits.

143.    John and Kimberly reasonably and justifiably relied to their detriment upon Northrop's representations by their decision for John to tender his resignation to Northrop effective May 1, 2011.  This was done because Northrop stated that their pension benefits were in jeopardy if John did not retire effective May 1, 2011.

144.    John and Kimberly reasonably and justifiably relied upon Northrop's representations that their pension benefits and back pay would be paid on July 1, 2011.

Complaint

145.     As an actual and proximate cause of Northrop's fraudulent representations and inconsistent conduct, John and Kimberly have been greatly harmed financially.  Due to John's prematurely induced resignation, their income level has plummeted to the point that they can not sustain their promised level of retirement.

## THIRD CAUSE OF ACTION
### INTENTIONAL MISREPRESENTATION
### By Plaintiffs against All Defendants

146.     Plaintiffs reallege, and incorporate by reference, paragraphs 1 through 145 of this Complaint as though fully alleged herein.

147.     Northrop intentionally made material misrepresentations to John and Kimberly pertaining to John's pension benefits.

148.     In August of 2010, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $3,392.45.

149.     On February 11, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $3,153.41.

150.     Northrop confirmed this monthly pension amount on March 8, 2011 via telephone, and on March 9, 2011 via mail.

151.     On March 25, 2011, Northrop informed John and Kimberly via mail that their pension benefits from Northrop would be a cumulative monthly total of approximately $3,153.41.

152.     On April 22, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

153.     On April 22, 2011, Northrop informed John and Kimberly that if John retired from Northrop effective May 1, 2011, their pension benefits from

Complaint

Northrop would be a cumulative monthly total of approximately $3,153.41. This amount would only be available if John retired on May 1.

154.    John and Kimberly were informed that if John did not retire effective May 1, 2011, his pension benefits would drop to the lower numbers quoted in the amount of approximately $2,339.00.

155.    John and Kimberly were further informed that if John did retire effective May 1, 2011, he would preserve the higher rate of pension benefits in the amount of $3,153.41.

156.    On April 22, 2011, John detrimentally relied upon Northrop's representations by tendering his resignation to Northrop, effective May 1, 2011.

157.    On April 26, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

158.    On April 29, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of at least $3,153.41.

159.    On May 3, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

160.    On May 5, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be an even lower cumulative monthly total of $2,329.75.

161.    On May 16, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $3,153.41, and not the lower numbers indicated previously.

162.    When Northrop finally deposited money into John and Kimberly's bank account, the lower quoted rate of benefits was used for the calculation.

Complaint

163.   On information and belief, Northrop acted with reckless disregard for the truth of the representations that they were making to John and Kimberly regarding their pension benefits.

164.   On information and belief, Northrop made these representations to John and Kimberly in order to induce their reasonable and justifiable reliance or with reckless disregard to whether they would reasonably and justifiably rely thereon.

165.   On information and belief, Northrop made these representations to John and Kimberly with the intent to defraud them of their rightful pension benefits.

166.   John and Kimberly reasonably and justifiably relied to their detriment upon Northrop's representations by their decision for John to tender his resignation to Northrop effective May 1, 2011.  This was done because Northrop stated that their pension benefits were in jeopardy if John did not retire effective May 1, 2011.

167.   As an actual and proximate cause of Northrop's fraudulent representations and inconsistent conduct, John and Kimberly have been greatly harmed financially.  Due to John's prematurely induced resignation, their income level has plummeted to the point that they can not sustain their promised level of retirement.

**FOURTH CAUSE OF ACTION**
*NEGLIGENT MISREPRESENTATION*
*By Plaintiffs against All Defendants*

168.   Plaintiffs reallege, and incorporate by reference, paragraphs 1 through 167 of this Complaint as though fully alleged herein.

169.   Northrop negligently made material misrepresentations to John and Kimberly pertaining to John's pension benefits.

27

Complaint

170.     In August of 2010, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $3,392.45.

171.     On February 11, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $3,153.41.

172.     Northrop confirmed this monthly pension amount on March 8, 2011 via telephone, and on March 9, 2011 via mail.

173.     On March 25, 2011, Northrop informed John and Kimberly via mail that their pension benefits from Northrop would be a cumulative monthly total of approximately $3,153.41.

174.     On April 22, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

175.     On April 22, 2011, Northrop informed John and Kimberly that if John retired from Northrop effective May 1, 2011, their pension benefits from Northrop would be a cumulative monthly total of approximately $3,153.41. This amount would only be available if John retired on May 1.

176.     John and Kimberly were informed that if John did not retire effective May 1, 2011, his pension benefits would drop to the lower numbers quoted in the amount of approximately $2,339.00.

177.     John and Kimberly were further informed that if John did retire effective May 1, 2011, he would preserve the higher rate of pension benefits in the amount of $3,153.41.

178.     On April 22, 2011, John detrimentally relied upon Northrop's representations by tendering his resignation to Northrop, effective May 1, 2011.

Complaint

179.     On April 26, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

180.     On April 29, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of at least $3,153.41.

181.     On May 3, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of approximately $2,339.00.

182.     On May 5, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be an even lower cumulative monthly total of $2,329.75.

183.     On May 16, 2011, Northrop informed John and Kimberly that their pension benefits from Northrop would be a cumulative monthly total of $3,153.41, and not the lower numbers indicated previously.

184.     When Northrop finally deposited money into John and Kimberly's bank account, the lower quoted rate of benefits was used for the calculation.

185.     On July 7, 2011 at approximately 8:13 a.m., Reggie called Kimberly and stated that Northrop had "dropped the ball" and should not have given John and Kimberly any information about payments and that he, Reggie, should not be discussing the matter with Kimberly because of the pending claim.

186.     During this July 7 phone call, Reggie further stated to Kimberly that there had been a mistake in claims benefits and that Charlisse should never have given John and Kimberly the information in the first place.  Reggie then stated that if they needed any money, they should not look to Northrop for anything.  Instead, Reggie told Kimberly that they should consider taking it out of their 401k.

187. On information and belief, Northrop acted with reckless disregard for the truth of the representations that they were making to John and Kimberly regarding their pension benefits.

188. On information and belief, Northrop made these representations to John and Kimberly in order to induce their reasonable and justifiable reliance or with reckless disregard to whether they would reasonably and justifiably rely thereon.

189. On information and belief, Northrop made these representations to John and Kimberly with the intent to defraud them of their rightful pension benefits.

190. John and Kimberly reasonably and justifiably relied to their detriment upon Northrop's representations by their decision for John to tender his resignation to Northrop effective May 1, 2011. This was done because Northrop stated that their pension benefits were in jeopardy if John did not retire effective May 1, 2011.

191. As an actual and proximate cause of Northrop's fraudulent representations and inconsistent conduct, John and Kimberly have been greatly harmed financially. Due to John's prematurely induced resignation, their income level has plummeted to the point that they can not sustain their promised level of retirement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray:

1. For restitution to make the Plaintiffs whole, according to proof;

2. For reformation of the pension plan, according to proof;

3. For surcharge based on the unjust enrichment of Defendants, according to proof;

Complaint

4. For attorney fees and costs of suit; and

5. For such other and further relief as the court may deem proper.

Respectfully submitted this 10th day of April, 2012.

Meuser Law Group, Inc.

_____

Mark P. Meuser, SBN 231335
Attorney for Plaintiffs
John and Kimberly Laliberte

31

Complaint

Exhibit 1

 **NORTHROP GRUMMAN**

**Pension Plan**

**Pension Estimate Calculation Statement**

Statement Date 08-31-2010

 V000002

JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789



This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

Here's the pension estimate you requested. These amounts are estimated benefits using your personal information on file, the assumptions you entered on **August 31, 2010**, and the current terms of the Pension Plan. Actual benefits payable to you may vary from the amounts on this estimate.

## Your Personal Information

| Birth Date | 04-22-1946 |
|---|---|
| Hire Date | 08-19-1985 |

## Your Assumptions

| Last Day of Employment | 05-01-2011 |
|---|---|
| Retirement Date | 05-01-2011 |
| Annual Pay Increase Percent | 0.00% |
| Base Salary Amount | $118,120.00 |
| Annual Bonus Percentage | 0 |
| Beneficiary's Relation to You | Spouse |
| Beneficiary's Birthdate | 09-05-1953 |



Pension Estimate Calculation Statement                                    Page 3

## Your Pension Calculation Details for the Historical Benefit

| | |
|---|---|
| Age at Date You Begin Receiving Benefits (in years) | 65.00 |
| Vesting Percent | 100% |
| Vesting Service | 25.0000 |
| Credited Service | 25.3333 |
| Early Retirement Eligibility Service | 25.0000 |
| Part A Benefit Service | 3.0833 |
| Part B Benefit Service | 5.0000 |
| Final Average Pay | $105,387.29 |
| Year One Salary | 2005 - $95,571.76 |
| Year Two Salary | 2006 - $99,011.30 |
| Year Three Salary | 2007 - $103,874.26 |
| Year Four Salary | 2008 - $110,354.07 |
| Year Five Salary | 2009 - $118,125.06 |
| Covered Compensation | $56,400.00 |
| Standard Benefit | $409.64 |
| Early Retirement Reduction Factor | 1.0000 |
| Part A Normal Retirement Benefit | $409.64 |
| Part A Early Retirement Benefit | $409.64 |
| Part B Normal Retirement Benefit | $746.53 |
| Part B Early Retirement Benefit | $746.53 |
| Cash Balance Account Balance* | $58,104.85 |
| Annuity Conversion Factor | 9.0000 |
| Part C Early Retirement Benefit | $538.01 |

*As of May 1, 2011, you are eligible for the Rule of 9 annuity conversion factor.

## Your Pension Calculation Details for the Cash Balance Benefit (Part D)

| | |
|---|---|
| Age at Date You Begin Receiving Benefits (in years) | 65.00 |
| Vesting Percent | 100% |
| Vesting Service | 25.0000 |
| Credited Service | 25.3333 |
| Early Retirement Eligibility Service | 25.0000 |
| Cash Balance Account Balance* | $32,504.96 |
| Annuity Conversion Factor | 9.0000 |

Estimate Summary of Benefits                                                    Page 3

    D. Monthly Benefit at Retirement Date [B x C]                           $2,419.14

| Part A Monthly Benefit | $2,419.14 |
|---|---|

## Additional Information

Northrop Grumman reserves the right to correct any errors. If it is determined at any time that the information provided on this statement conflicts with the benefit defined by the Retirement Plan, the Retirement Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

## For More Information

For general benefits information, access *Benefits OnLine* at **http://benefits.northropgrumman.com**. For personalized benefits information, log on to *My Benefits Access* available through *Benefits OnLine* or call the Northrop Grumman Benefits Center at **1-800-894-4194**. If you are calling from outside the United States, please call **+1-718-354-1338**. Northrop Grumman Benefit Services Representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.



 **NORTHROP GRUMMAN**

# Retirement Plan
# Pension Estimate Calculation Statement

Statement Date 08-31-2010

 V000002
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789



This notice applies to the NG Retirement Plan (the "Retirement Plan").

Here's the pension estimate you requested. These amounts are estimated benefits using your personal information on file, the assumptions you entered on **August 31, 2010**, and the current terms of the Retirement Plan. Actual benefits payable to you may vary from the amounts on this estimate.

## Your Personal Information

| | |
|---|---|
| Birth Date | 04-22-1946 |
| Hire Date | 08-19-1985 |

## Your Assumptions

| | |
|---|---|
| Last Day of Employment | 05-01-2011 |
| Retirement Date | 05-01-2011 |
| Annual Pay Increase Percent | 0.00% |
| Base Salary Amount | $118,120.00 |
| Annual Bonus Percentage | 0 |
| Beneficiary's Relation to You | Spouse |
| Beneficiary's Birthdate | 09-05-1953 |



Pension Estimate Calculation Statement

# Your Pension Calculation Details

| | |
|---|---|
| Age at Date You Begin Receiving Benefits (in years) | 65.00 |
| Vesting Percent | 100% |
| Vesting Service | 25.0000 |
| Credited Service | 25.3333 |
| Early Retirement Eligibility Service | 25.0000 |
| Early Retirement Factor Service | 21.7500 |
| Part A Benefit Service | 14.7500 |
| Final Average Pay | $118,084.36 |
| Year One Salary | 2009 - $118,125.06 |
| Year Two Salary | 2010 - $118,008.03 |
| Year Three Salary | 2011 - $118,120.00 |
| Early Retirement Reduction Factor | 1.0000 |
| Part A Normal Retirement Benefit | $2,419.14 |
| Part A Early Retirement Benefit | $2,419.14 |

For more detail on the benefit formula, see your Summary Plan Description. Information is also provided at the *My Benefits Access* Web site.

# Payment Option Information

Following is a list of payment options that are available to you based on the assumptions you entered on **August 31, 2010**. Regardless of the payment option you choose, you can not change your payment option after the date you begin receiving benefits. See Pension Option Description for explanation of payment options.

The Single Life Annuity is the automatic payment form if you're single, unless you choose a different payment option. The 50% Joint & Survivor Annuity is the automatic payment form if you're married, unless you choose a different payment option and your spouse consents.

# Your Payment Options

| Monthly Payments as of May 1, 2011 | Payable to You | Payable to Your Beneficiary Upon Your Death |
|---|---|---|
| **Single Life Annuity** | $2,419.14 | $0.00 |
| **Single Life Annuity Annual Increase** | $1,935.31 | $0.00 |

Pension Estimate Calculation Statement

Page 3

| Monthly Payments as of May 1, 2011 | Payable to You | Payable to Your Beneficiary Upon Your Death |
|---|---|---|
| **10 Year Certain & Continuous** | | |
| Before April 30, 2021 | $2,278.83 | $2,278.83 |
| Beginning April 30, 2021 | $2,278.83 | $0.00 |
| **50% Joint & Survivor Annuity** | $2,128.84 | $1,064.42 |
| **75% Joint & Survivor Annuity** | $2,032.08 | $1,524.06 |
| **100% Joint & Survivor Annuity** | $1,935.31 | $1,935.31 |
| **50% Joint & Survivor Annual Increase** | $1,703.07 | $1,064.42 |
| **75% Joint & Survivor Annual Increase** | $1,625.66 | $1,524.06 |
| **100% Joint & Survivor Annual Increase** | $1,548.25 | $1,935.31 |

## Additional Information

Northrop Grumman reserves the right to correct any errors. Specifically, if the estimate conflicts with the benefit defined by the Retirement Plan, the Retirement Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

## If You're Planning to Start Your Payments Soon

**Notify the Northrop Grumman Benefits Center**

Notify the Northrop Grumman Benefits Center or start the process at the *My Benefits Access* Web site 60 to 90 days before the date you want your pension payments to start. Missing this deadline may delay your payments.

## For More Information

For general benefits information, access *Benefits OnLine* at **http://benefits.northropgrumman.com**. For personalized benefits information, log on to *My Benefits Access* available through *Benefits OnLine* or call the Northrop Grumman Benefits Center at **1-800-894-4194**. If you are calling from outside the United States, please call **+1-718-354-1338**. Northrop Grumman Benefit Services Representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.



 **NORTHROP GRUMMAN**

**Retirement Plan**
**Pension Option Descriptions**

Statement Date 08-31-2010

V000002
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG Retirement Plan (the "Retirement Plan").

If you elect an option which includes an annual increase, your payment is increased by 3% each year. This increase applies to the prior year's benefit and is made on each anniversary of your benefit commencement date.

If you elect an option which includes an annual increase and continues to a beneficiary upon your death, the beneficiary payment is based upon your initial payment and is not eligible to receive the annual 3% increase.

Here are descriptions of your payment options under the Retirement Plan:

## Single Life Annuity

Under this payment, you will receive monthly payments for your lifetime.  When you die, the Plan does not pay benefits to anyone else.

If you're married and choose this option, your spouse must consent to your choice.

This is the automatic payment form if you're single, unless you choose a different payment option.

## 50% Joint & Survivor Annuity

This option provides a monthly payment until your death. After your death, 50% of the amount you receive will be paid to your designated beneficiary as long as he or she lives.



Under this option, the amount you would receive during your lifetime is less than the amount you would receive under the Single Life Annuity because benefits are paid over the joint lifetimes of you and your designated beneficiary.  If your designated beneficiary dies before you but after your benefit payments begin, the Plan pays benefits for your lifetime only.

The 50% Joint & Survivor Annuity is the automatic payment form if you're married, unless you choose a different payment option and your spouse consents. If you're married and choose this option without your spouse as your beneficiary, your spouse must consent to your choice.

# 75% Joint & Survivor Annuity

This option provides a monthly payment until your death. After your death, 75% of the amount you receive will be paid to your designated beneficiary as long as he or she lives.

Under this option, the amount you would receive during your lifetime is less than the amount you would receive under the Single Life Annuity because benefits are paid over the joint lifetimes of you and your designated beneficiary.  If your designated beneficiary dies before you but after your benefit payments begin, the Plan pays benefits for your lifetime only.

If you're married and choose this option, your spouse must consent to your choice.

# 100% Joint & Survivor Annuity

This option provides a monthly payment until your death. After your death, 100% of the amount you receive will be paid to your designated beneficiary as long as he or she lives.

Under this option, the amount you would receive during your lifetime is less than the amount you would receive under the Single Life Annuity because benefits are paid over the joint lifetimes of you and your designated beneficiary.  If your designated beneficiary dies before you but after your benefit payments begin, the Plan pays benefits for your lifetime only.

# 10 Year Certain & Continuous

This option provides a monthly payment until your death. If you die before you receive payments for 10 years, your designated beneficiary(ies) will receive the remaining payments. If your beneficiary predeceases you before 10 years of payments have been made, you may designate another beneficiary including your estate or trust. If you and your designated beneficiary(ies) die before 10 years of payments are made, the value of the remaining payments will be paid according to plan rules. If you die after you receive 10 years of payments, no further benefits will be paid to your designated beneficiary(ies).

If you're married and choose this option, your spouse must consent to your choice as well as any designated beneficiaries.

# For More Information

For general benefits information, access *Benefits OnLine* at **http://benefits.northropgrumman.com**. For personalized benefits information, log on to *My Benefits Access* available through *Benefits OnLine* or call the Northrop Grumman Benefits Center at **1-800-894-4194**. If you are calling from outside the United States, please call **+1-718-354-1338**. Northrop Grumman Benefit Services Representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.



**NORTHROP GRUMMAN**

**Pension Plan**
**Your Estimated Benefit At Retirement**

V000002
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

Statement Date 08-31-2010

This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

Since the Retirement Plan was amended to add a cash balance feature your benefit may include the following components. The chart below shows the estimated benefit amounts payable as a Single Life Annuity for each part of your benefit. Additional payment options available are shown on the enclosed Pension Estimate Calculation Statement.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | **Part B** |  |  |  |  |
|  |  | (5-year Transition Benefit) |  |  |  |  |
|  |  | Your benefit under your historical |  |  |  |  |
|  |  | plan formula from July 1, 2003 through |  |  |  |  |
|  |  | June 30, 2008 |  |  |  |  |
|  |  | **$746.53** |  |  |  |  |
| **Part A** |  | OR |  | **Part D** |  | **Your Total** |
| Your benefit under |  | (whichever is greater) |  | Your benefit under |  | **Pension Benefit** |
| your historical plan | + | **Part C** | + | the cash balance | = | **$1,457.14** |
| formula through |  | (5-year Transition Benefit) |  | formula beginning |  |  |
| June 30, 2003 |  | Your benefit under the cash balance |  | July 1, 2008 |  |  |
| **$409.64** |  | formula from July 1, 2003 through |  | **$300.97** |  |  |
|  |  | June 30, 2008 |  |  |  |  |
|  |  | **$538.01** |  |  |  |  |

Northrop Grumman reserves the right to correct any errors. If it is determined at any time that the information provided on this statement conflicts with the benefit defined by the Pension Plan, the Pension Plan will prevail. Under the law, a plan must be operated in accordance with its terms.



362110016 01539-V000002

Exhibit 2

 **NORTHROP GRUMMAN**

# Retirement Plan
# Pension Election Confirmation Statement

Statement Date 03-09-2011


V000137
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG Retirement Plan (the "Retirement Plan").

This statement confirms your pension benefit choices for the Retirement Plan that you made on **March 9, 2011**. Carefully review the enclosed information.

In order to begin your benefits, **you must sign and return the enclosed Pension Election Authorization Form(s)**. Do **not** return this Pension Election Confirmation Statement.

## To Finalize Your Choices

- Verify each choice provided on this form.

- Access *My Benefits Access* or call the Northrop Grumman Benefits Center if you need to make changes. Depending on your changes, a new Pension Election Confirmation Statement may need to be sent to you.

- Sign, date, and return the enclosed Pension Election Authorization Form by **May 10, 2011**. If your form isn't received by **May 10, 2011**, your choices will no longer be valid. You'll need to begin the process again, and your benefit start date and amounts may change.

- Keep a copy of the Pension Election Authorization Form for your records. Then, mail all pages of the completed, original Pension Election Authorization Form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000



Pension Election Confirmation Statement                                                    Page 2

## Additional Information

Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Retirement Plan, the Retirement Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194.  If you are calling from outside the United States, please call 718-354-1338.  You will need your *My Benefits Access* password to secure your call.  Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

# Pension Election Confirmation

The following are the benefit choices you've made. You must certify these choices on the Pension Election Authorization Form for your choices to be valid. **Written changes to this confirmation won't be valid and your choices as printed below will take effect.** Access *My Benefits Access* or call the Northrop Grumman Benefits Center to make changes.

|  | **Your Pension Choices** |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Historical Benefit (Part A) |
| **Payable to You** | $1,954.69 per month |
|  | Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $1,954.69 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: Redacted<br>Relationship: Spouse<br>Gender: Female |
|  | To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Date You Begin Receiving Benefits** | May 1, 2011 |
| **Payment Sent To** | $3,153.41 per month |
|  | Amount(s) may change based on final data. |
|  | WELLS FARGO<br>Account Type: Checking<br>Account Number: Redacte 5983<br>Routing Number: Redacted |
| **Federal Income Tax Withholding** | Filing Status: Married<br>Allowances: 99<br>Additional Flat Dollar Amount: $472.25 |
| **State Income Tax Withholding** | State: CA<br>Flat Dollar Amount: $252.25 |



 **NORTHROP GRUMMAN**

# Retirement Plan
# Pension Election Authorization Form

Statement Date 03-09-2011

V000137
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG Retirement Plan (the "Retirement Plan").

Please carefully read the following information. Sign and date below to certify your choices from the Retirement Plan. **You must sign, date, and return the 2 enclosed Pension Election Authorization Form(s) to begin your pension benefit. Your spouse must also sign the Consent of Spouse section(s) on the Pension Election Authorization Form(s), if applicable.**

Keep a copy of this form for your records. Then, mail all pages of this completed, original form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000

Written changes to this authorization won't be valid, and your choices as printed below will take effect.

My signature below:

- Certifies that my birth date is April 22, 1946.

- Certifies that I received a Notice of Rights and a description of my pension options, relative values, financial effect and amounts payable and that I waive the 30-day notification period which allows Northrop Grumman to make payments at the earliest date possible.

- Certifies that I understand that Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Retirement Plan, the Retirement Plan will prevail. Under the law, a plan must be operated in accordance with its terms.



362110016 01539-V000137



- Certifies that I understand that I will be billed for my retiree health and group benefit coverage.

- Cancels any prior choices. My choices can be changed up to the last business day before my benefits begin.

- Certifies, under penalties of perjury, that I'm entitled to the number of withholding allowances claimed or to choose no withholding for my non-rollover-eligible payment.

**Pension Election Authorization Form for the Historical Benefit - Historical Benefit (Part A)**

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**.
*Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$1,954.69** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $1,954.69 per month.

_____        _____
*Signature*                                      *Date*

# For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194.  If you are calling from outside the United States, please call 718-354-1338.  You will need your *My Benefits Access* password to secure your call.  Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

**NORTHROP GRUMMAN**

**Pension Plan**
**Pension Election Confirmation Statement**

Statement Date 03-09-2011



V000137

JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA   91789

This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

This statement confirms your pension benefit choices for the Pension Plan that you made on **March 9, 2011**. Carefully review the enclosed information.

In order to begin your benefits, **you must sign and return the enclosed Pension Election Authorization Form(s)**. Do **not** return this Pension Election Confirmation Statement.

## To Finalize Your Choices

- Verify each choice provided on this form.

- Access *My Benefits Access* or call the Northrop Grumman Benefits Center if you need to make changes. Depending on your changes, a new Pension Election Confirmation Statement may need to be sent to you.

- Sign, date, and return the enclosed Pension Election Authorization Form by **May 10, 2011**. If your form isn't received by **May 10, 2011**, your choices will no longer be valid. You'll need to begin the process again, and your benefit start date and amounts may change.

- Keep a copy of the Pension Election Authorization Form for your records. Then, mail all pages of the completed, original Pension Election Authorization Form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000



Pension Election Confirmation Statement

Page 2

## Additional Information

Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Pension Plan, the Pension Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194.  If you are calling from outside the United States, please call 718-354-1338.  You will need your *My Benefits Access* password to secure your call.  Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

# Pension Election Confirmation

The following are the benefit choices you've made. You must certify these choices on the Pension Election Authorization Form for your choices to be valid. **Written changes to this confirmation won't be valid and your choices as printed below will take effect.** Access *My Benefits Access* or call the Northrop Grumman Benefits Center to make changes.

| | Your Pension Choices |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Historical Benefit (Part A) |
| **Payable to You** | $338.77 per month |
| | Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $338.77 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: Redacted<br>Relationship: Spouse<br>Gender: Female |
| | To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Transition Benefit (Part B or C) |
| **Payable to You** | $617.07 per month |
| | Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $617.07 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: Redacted<br>Relationship: Spouse<br>Gender: Female |
| | To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |

362110016 01539-V000137



Pension Election Confirmation Statement                                      Page 4

|  | **Your Pension Choices** |
| --- | --- |
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Cash Balance Benefit (Part D) |
| **Payable to You** | $242.88 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $242.88 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: <span style="background:black">Redacted</span><br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Date You Begin Receiving Benefits** | May 1, 2011 |
| **Payment Sent To** | $3,153.41 per month<br><br>Amount(s) may change based on final data.<br><br>WELLS FARGO<br>Account Type: Checking<br>Account Number: Redacted 5983<br>Routing Number: Redacted |
| **Federal Income Tax Withholding** | Filing Status: Married<br>Allowances: 99<br>Additional Flat Dollar Amount: $472.25 |
| **State Income Tax Withholding** | State: CA<br>Flat Dollar Amount: $252.25 |



**Pension Plan**

**Pension Election Authorization Form**

Statement Date 03-09-2011



V000137
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA 91789

This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

Please carefully read the following information. Sign and date below to certify your choices from the Pension Plan. **You must sign, date, and return the 2 enclosed Pension Election Authorization Form(s) to begin your pension benefit. Your spouse must also sign the Consent of Spouse section(s) on the Pension Election Authorization Form(s), if applicable.**

Keep a copy of this form for your records. Then, mail all pages of this completed, original form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000

Written changes to this authorization won't be valid, and your choices as printed below will take effect.

My signature below:

- Certifies that my birth date is April 22, 1946.

- Certifies that I received a Notice of Rights and a description of my pension options, relative values, financial effect and amounts payable and that I waive the 30-day notification period which allows Northrop Grumman to make payments at the earliest date possible.

- Certifies that I understand that Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Pension Plan, the Pension Plan will prevail. Under the law, a plan must be operated in accordance with its terms.





362110016 01539-V000137

Pension Election Authorization Form
Page 2

- Certifies that I understand that I will be billed for my retiree health and group benefit coverage.

- Cancels any prior choices. My choices can be changed up to the last business day before my benefits begin.

- Certifies, under penalties of perjury, that I'm entitled to the number of withholding allowances claimed or to choose no withholding for my non-rollover-eligible payment.

**Pension Election Authorization Form for the Historical Benefit - Historical Benefit (Part A)**

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**.
*Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$338.77** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $338.77 per month.

**Pension Election Authorization Form for the Historical Benefit - Transition Benefit (Part B or C)**

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**.
*Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$617.07** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $617.07 per month.

**Pension Election Authorization Form for the Cash Balance Benefit (Part D)**

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**.
*Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$242.88** per month. This amount may change based on final data.

Pension Election Authorization Form                                              Page 3

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $242.88 per month.

_____     _____
*Signature*                               *Date*

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194.  If you are calling from outside the United States, please call 718-354-1338.  You will need your *My Benefits Access* password to secure your call.  Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.





**Retirement Plan**
**Pension Election Confirmation Statement**

Statement Date 03-09-2011



V000137
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA   91789

This notice applies to the NG Retirement Plan (the "Retirement Plan").

This statement confirms your pension benefit choices for the Retirement Plan that you made on **March 9, 2011**. Carefully review the enclosed information.

In order to begin your benefits, **you must sign and return the enclosed Pension Election Authorization Form(s). Do not** return this Pension Election Confirmation Statement.

## To Finalize Your Choices

- Verify each choice provided on this form.

- Access *My Benefits Access* or call the Northrop Grumman Benefits Center if you need to make changes. Depending on your changes, a new Pension Election Confirmation Statement may need to be sent to you.

- Sign, date, and return the enclosed Pension Election Authorization Form by **May 10, 2011**. If your form isn't received by **May 10, 2011**, your choices will no longer be valid. You'll need to begin the process again, and your benefit start date and amounts may change.

- Keep a copy of the Pension Election Authorization Form for your records. Then, mail all pages of the completed, original Pension Election Authorization Form (not a copy) along with any required documentation to:

  Northrop Grumman Benefits Center
  P.O. Box 8000
  Charlotte, NC 28262-8000



Pension Election Confirmation Statement

## Additional Information

Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Retirement Plan, the Retirement Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194. If you are calling from outside the United States, please call 718-354-1338. You will need your *My Benefits Access* password to secure your call. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

# Pension Election Confirmation

The following are the benefit choices you've made. You must certify these choices on the Pension Election Authorization Form for your choices to be valid. **Written changes to this confirmation won't be valid and your choices as printed below will take effect.** Access *My Benefits Access* or call the Northrop Grumman Benefits Center to make changes.

| | Your Pension Choices |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Historical Benefit (Part A) |
| **Payable to You** | $1,954.69 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $1,954.69 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Date You Begin Receiving Benefits** | May 1, 2011 |
| **Payment Sent To** | $3,153.41 per month<br><br>Amount(s) may change based on final data.<br><br>WELLS FARGO<br>Account Type: Checking<br>Account Number: xxxxxx5983<br>Routing Number: 122000247 |
| **Federal Income Tax Withholding** | Filing Status: Married<br>Allowances: 99<br>Additional Flat Dollar Amount: $472.25 |
| **State Income Tax Withholding** | State: CA<br>Flat Dollar Amount: $252.25 |



 **NORTHROP GRUMMAN**

**Pension Plan**

**Pension Election Confirmation Statement**

Statement Date 03-09-2011


V000137
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

This statement confirms your pension benefit choices for the Pension Plan that you made on **March 9, 2011**. Carefully review the enclosed information.

In order to begin your benefits, **you must sign and return the enclosed Pension Election Authorization Form(s)**. Do **not** return this Pension Election Confirmation Statement.

## To Finalize Your Choices

- Verify each choice provided on this form.

- Access *My Benefits Access* or call the Northrop Grumman Benefits Center if you need to make changes. Depending on your changes, a new Pension Election Confirmation Statement may need to be sent to you.

- Sign, date, and return the enclosed Pension Election Authorization Form by **May 10, 2011**. If your form isn't received by **May 10, 2011,** your choices will no longer be valid. You'll need to begin the process again, and your benefit start date and amounts may change.

- Keep a copy of the Pension Election Authorization Form for your records. Then, mail all pages of the completed, original Pension Election Authorization Form (not a copy) along with any required documentation to:

  Northrop Grumman Benefits Center
  P.O. Box 8000
  Charlotte, NC 28262-8000



Pension Election Confirmation Statement

## Additional Information

Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Pension Plan, the Pension Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194. If you are calling from outside the United States, please call 718-354-1338. You will need your *My Benefits Access* password to secure your call. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

# Pension Election Confirmation

The following are the benefit choices you've made. You must certify these choices on the Pension Election Authorization Form for your choices to be valid. **Written changes to this confirmation won't be valid and your choices as printed below will take effect.** Access *My Benefits Access* or call the Northrop Grumman Benefits Center to make changes.

| Your Pension Choices | |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Historical Benefit (Part A) |
| **Payable to You** | $338.77 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $338.77 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Transition Benefit (Part B or C) |
| **Payable to You** | $617.07 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $617.07 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |

362110016 01539-V000137

Pension Election Confirmation Statement

| | **Your Pension Choices** |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Cash Balance Benefit (Part D) |
| **Payable to You** | $242.88 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $242.88 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Date You Begin Receiving Benefits** | May 1, 2011 |
| **Payment Sent To** | $3,153.41 per month<br><br>Amount(s) may change based on final data.<br><br>WELLS FARGO<br>Account Type: Checking<br>Account Number: xxxxxx5983<br>Routing Number: 122000247 |
| **Federal Income Tax Withholding** | Filing Status: Married<br>Allowances: 99<br>Additional Flat Dollar Amount: $472.25 |
| **State Income Tax Withholding** | State: CA<br>Flat Dollar Amount: $252.25 |



**Retirement Plan**
**Pension Election Authorization Form**

Statement Date 03-09-2011



V000137
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG Retirement Plan (the "Retirement Plan").

Please carefully read the following information. Sign and date below to certify your choices from the Retirement Plan. **You must sign, date, and return the 2 enclosed Pension Election Authorization Form(s) to begin your pension benefit. Your spouse must also sign the Consent of Spouse section(s) on the Pension Election Authorization Form(s), if applicable.**

Keep a copy of this form for your records. Then, mail all pages of this completed, original form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000

Written changes to this authorization won't be valid, and your choices as printed below will take effect.

My signature below:

• Certifies that my birth date is April 22, 1946.

• Certifies that I received a Notice of Rights and a description of my pension options, relative values, financial effect and amounts payable and that I waive the 30-day notification period which allows Northrop Grumman to make payments at the earliest date possible.

• Certifies that I understand that Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Retirement Plan, the Retirement Plan will prevail. Under the law, a plan must be operated in accordance with its terms.



362110016 01539-V000137



Pension Election Authorization Form

- Certifies that I understand that I will be billed for my retiree health and group benefit coverage.

- Cancels any prior choices. My choices can be changed up to the last business day before my benefits begin.

- Certifies, under penalties of perjury, that I'm entitled to the number of withholding allowances claimed or to choose no withholding for my non-rollover-eligible payment.

## Pension Election Authorization Form for the Historical Benefit - Historical Benefit (Part A)

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**.
*Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$1,954.69** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $1,954.69 per month.

_____          _____
Signature                                                              Date

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194. If you are calling from outside the United States, please call 718-354-1338. You will need your *My Benefits Access* password to secure your call. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.



**Pension Plan**

**Pension Election Authorization Form**

Statement Date 03-09-2011



V000137

JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

Please carefully read the following information. Sign and date below to certify your choices from the Pension Plan. **You must sign, date, and return the 2 enclosed Pension Election Authorization Form(s) to begin your pension benefit. Your spouse must also sign the Consent of Spouse section(s) on the Pension Election Authorization Form(s), if applicable.**

Keep a copy of this form for your records. Then, mail all pages of this completed, original form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000

Written changes to this authorization won't be valid, and your choices as printed below will take effect.

My signature below:

- Certifies that my birth date is April 22, 1946.

- Certifies that I received a Notice of Rights and a description of my pension options, relative values, financial effect and amounts payable and that I waive the 30-day notification period which allows Northrop Grumman to make payments at the earliest date possible.

- Certifies that I understand that Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Pension Plan, the Pension Plan will prevail. Under the law, a plan must be operated in accordance with its terms.



362110016 01539-V000137



Pension Election Authorization Form

- Certifies that I understand that I will be billed for my retiree health and group benefit coverage.

- Cancels any prior choices. My choices can be changed up to the last business day before my benefits begin.

- Certifies, under penalties of perjury, that I'm entitled to the number of withholding allowances claimed or to choose no withholding for my non-rollover-eligible payment.

## Pension Election Authorization Form for the Historical Benefit - Historical Benefit (Part A)

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011.** *Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$338.77** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $338.77 per month.

## Pension Election Authorization Form for the Historical Benefit - Transition Benefit (Part B or C)

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011.** *Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$617.07** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $617.07 per month.

## Pension Election Authorization Form for the Cash Balance Benefit (Part D)

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011.** *Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$242.88** per month. This amount may change based on final data.

Pension Election Authorization Form

Page 3

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $242.88 per month.

Signature _____     Date _____

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194. If you are calling from outside the United States, please call 718-354-1338. You will need your *My Benefits Access* password to secure your call. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.



**Pension Plan**

**Pension Election Confirmation Statement**

Statement Date 03-09-2011



V000137

JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

This statement confirms your pension benefit choices for the Pension Plan that you made on **March 9, 2011**. Carefully review the enclosed information.

In order to begin your benefits, **you must sign and return the enclosed Pension Election Authorization Form(s)**. Do **not** return this Pension Election Confirmation Statement.

## To Finalize Your Choices

- Verify each choice provided on this form.

- Access *My Benefits Access* or call the Northrop Grumman Benefits Center if you need to make changes. Depending on your changes, a new Pension Election Confirmation Statement may need to be sent to you.

- Sign, date, and return the enclosed Pension Election Authorization Form by **May 10, 2011**. If your form isn't received by **May 10, 2011**, your choices will no longer be valid. You'll need to begin the process again, and your benefit start date and amounts may change.

- Keep a copy of the Pension Election Authorization Form for your records. Then, mail all pages of the completed, original Pension Election Authorization Form (not a copy) along with any required documentation to:

    Northrop Grumman Benefits Center
    P.O. Box 8000
    Charlotte, NC 28262-8000



Pension Election Confirmation Statement

## Additional Information

Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Pension Plan, the Pension Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194. If you are calling from outside the United States, please call 718-354-1338. You will need your *My Benefits Access* password to secure your call. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

# Pension Election Confirmation

The following are the benefit choices you've made. You must certify these choices on the Pension Election Authorization Form for your choices to be valid. **Written changes to this confirmation won't be valid and your choices as printed below will take effect.** Access *My Benefits Access* or call the Northrop Grumman Benefits Center to make changes.

| | Your Pension Choices |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Historical Benefit (Part A) |
| **Payable to You** | $338.77 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $338.77 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Transition Benefit (Part B or C) |
| **Payable to You** | $617.07 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $617.07 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |

Pension Election Confirmation Statement

| | **Your Pension Choices** |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Cash Balance Benefit (Part D) |
| **Payable to You** | $242.88 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $242.88 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Date You Begin Receiving Benefits** | May 1, 2011 |
| **Payment Sent To** | $3,153.41 per month<br><br>Amount(s) may change based on final data.<br><br>WELLS FARGO<br>Account Type: Checking<br>Account Number: xxxxxx5983<br>Routing Number: 122000247 |
| **Federal Income Tax Withholding** | Filing Status: Married<br>Allowances: 99<br>Additional Flat Dollar Amount: $472.25 |
| **State Income Tax Withholding** | State: CA<br>Flat Dollar Amount: $252.25 |



**Retirement Plan**
**Pension Election Authorization Form**

Statement Date 03-09-2011



V000137
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA   91789

This notice applies to the NG Retirement Plan (the "Retirement Plan").

Please carefully read the following information. Sign and date below to certify your choices from the Retirement Plan. **You must sign, date, and return the 2 enclosed Pension Election Authorization Form(s) to begin your pension benefit. Your spouse must also sign the Consent of Spouse section(s) on the Pension Election Authorization Form(s), if applicable.**

Keep a copy of this form for your records. Then, mail all pages of this completed, original form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000

Written changes to this authorization won't be valid, and your choices as printed below will take effect.

My signature below:

- Certifies that my birth date is April 22, 1946.

- Certifies that I received a Notice of Rights and a description of my pension options, relative values, financial effect and amounts payable and that I waive the 30-day notification period which allows Northrop Grumman to make payments at the earliest date possible.

- Certifies that I understand that Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Retirement Plan, the Retirement Plan will prevail. Under the law, a plan must be operated in accordance with its terms.



362110016 01539-V000137



Pension Election Authorization Form

- Certifies that I understand that I will be billed for my retiree health and group benefit coverage.

- Cancels any prior choices. My choices can be changed up to the last business day before my benefits begin.

- Certifies, under penalties of perjury, that I'm entitled to the number of withholding allowances claimed or to choose no withholding for my non-rollover-eligible payment.

## Pension Election Authorization Form for the Historical Benefit - Historical Benefit (Part A)

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**.
*Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$1,954.69** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $1,954.69 per month.

_____         _____
Signature                                          Date

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194. If you are calling from outside the United States, please call 718-354-1338. You will need your *My Benefits Access* password to secure your call. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.



**Pension Plan**

**Pension Election Authorization Form**

Statement Date 03-09-2011



V000137
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

Please carefully read the following information. Sign and date below to certify your choices from the Pension Plan. **You must sign, date, and return the 2 enclosed Pension Election Authorization Form(s) to begin your pension benefit. Your spouse must also sign the Consent of Spouse section(s) on the Pension Election Authorization Form(s), if applicable.**

Keep a copy of this form for your records. Then, mail all pages of this completed, original form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000

Written changes to this authorization won't be valid, and your choices as printed below will take effect.

My signature below:

- Certifies that my birth date is April 22, 1946.

- Certifies that I received a Notice of Rights and a description of my pension options, relative values, financial effect and amounts payable and that I waive the 30-day notification period which allows Northrop Grumman to make payments at the earliest date possible.

- Certifies that I understand that Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Pension Plan, the Pension Plan will prevail. Under the law, a plan must be operated in accordance with its terms.



362110016 01539-V000137



Pension Election Authorization Form

- Certifies that I understand that I will be billed for my retiree health and group benefit coverage.

- Cancels any prior choices. My choices can be changed up to the last business day before my benefits begin.

- Certifies, under penalties of perjury, that I'm entitled to the number of withholding allowances claimed or to choose no withholding for my non-rollover-eligible payment.

## Pension Election Authorization Form for the Historical Benefit - Historical Benefit (Part A)

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011.** *Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$338.77** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $338.77 per month.

## Pension Election Authorization Form for the Historical Benefit - Transition Benefit (Part B or C)

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011.** *Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$617.07** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $617.07 per month.

## Pension Election Authorization Form for the Cash Balance Benefit (Part D)

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011.** *Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$242.88** per month. This amount may change based on final data.

Pension Election Authorization Form

Page 3

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $242.88 per month.

_Signature_ _____   _Date_ _____

# For More Information

For more information, go to _Benefits OnLine_ at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194. If you are calling from outside the United States, please call 718-354-1338. You will need your _My Benefits Access_ password to secure your call. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.



Exhibit 3

 **NORTHROP GRUMMAN**

**Retirement Plan**

**Pension Election Authorization Form**

Statement Date 03-25-2011

V000126

JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG Retirement Plan (the "Retirement Plan").

Please carefully read the following information. Sign and date below to certify your choices from the Retirement Plan. **You must sign, date, and return the 2 enclosed Pension Election Authorization Form(s) to begin your pension benefit. Your spouse must also sign the Consent of Spouse section(s) on the Pension Election Authorization Form(s), if applicable.**

Keep a copy of this form for your records. Then, mail all pages of this completed, original form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000

Written changes to this authorization won't be valid, and your choices as printed below will take effect.

My signature below:

- Certifies that my birth date is April 22, 1946.

- Certifies that I received a Notice of Rights and a description of my pension options, relative values, financial effect and amounts payable.

- Certifies that I understand that Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Retirement Plan, the Retirement Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

- Certifies that I understand that I will be billed for my retiree health and group benefit coverage.

    

362110016 01539-V000126

- Cancels any prior choices. My choices can be changed up to the last business day before my benefits begin.

- Certifies, under penalties of perjury, that I'm entitled to the number of withholding allowances claimed or to choose no withholding for my non-rollover-eligible payment.

**Pension Election Authorization Form for the Historical Benefit - Historical Benefit (Part A)**

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**. *Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$1,954.69** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $1,954.69 per month.

_____          _____
*Signature*                                                                       *Date*

# For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194. If you are calling from outside the United States, please call 718-354-1338. You will need your *My Benefits Access* password to secure your call. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

# Pension Election Confirmation

The following are the benefit choices you've made. You must certify these choices on the Pension Election Authorization Form for your choices to be valid. **Written changes to this confirmation won't be valid and your choices as printed below will take effect.** Access *My Benefits Access* or call the Northrop Grumman Benefits Center to make changes.

| | **Your Pension Choices** |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Historical Benefit (Part A) |
| **Payable to You** | $1,954.69 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $1,954.69 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Date You Begin Receiving Benefits** | May 1, 2011 |
| **Payment Sent To** | $3,153.41 per month<br><br>Amount(s) may change based on final data.<br><br>WELLS FARGO<br>Account Type: Checking<br>Account Number: xxxxxx5983<br>Routing Number: 122000247 |
| **Federal Income Tax Withholding** | Filing Status: Married<br>Allowances: 99<br>Additional Flat Dollar Amount: $472.25 |
| **State Income Tax Withholding** | State: CA<br>Flat Dollar Amount: $252.25 |

362110016 01539-V000126





**Pension Plan**

**Pension Election Confirmation Statement**

Statement Date 03-25-2011



V000126
JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA  91789

This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

This statement confirms your pension benefit choices for the Pension Plan that you made on **March 25, 2011**. Carefully review the enclosed information.

In order to begin your benefits, **you must sign and return the enclosed Pension Election Authorization Form(s)**. Do **not** return this Pension Election Confirmation Statement.

## To Finalize Your Choices

- Verify each choice provided on this form.

- Access *My Benefits Access* or call the Northrop Grumman Benefits Center if you need to make changes. Depending on your changes, a new Pension Election Confirmation Statement may need to be sent to you.

- Sign, date, and return the enclosed Pension Election Authorization Form by **May 10, 2011**. If your form isn't received by **May 10, 2011**, your choices will no longer be valid. You'll need to begin the process again, and your benefit start date and amounts may change.

- Keep a copy of the Pension Election Authorization Form for your records. Then, mail all pages of the completed, original Pension Election Authorization Form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000

362110016 01539-V000126



Pension Election Confirmation Statement

Page 2

## Additional Information

Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Pension Plan, the Pension Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

## For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194. If you are calling from outside the United States, please call 718-354-1338. You will need your *My Benefits Access* password to secure your call. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

# Pension Election Confirmation

The following are the benefit choices you've made. You must certify these choices on the Pension Election Authorization Form for your choices to be valid. **Written changes to this confirmation won't be valid and your choices as printed below will take effect.** Access *My Benefits Access* or call the Northrop Grumman Benefits Center to make changes.

| | **Your Pension Choices** |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Historical Benefit (Part A) |
| **Payable to You** | $338.77 per month |
| | Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $338.77 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female |
| | To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Historical Benefit - Transition Benefit (Part B or C) |
| **Payable to You** | $617.07 per month |
| | Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $617.07 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female |
| | To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |

362110016 01539-V000126



Pension Election Confirmation Statement

| | **Your Pension Choices** |
|---|---|
| **Pension Payment Option** | 100% Joint & Survivor Annuity for the Cash Balance Benefit (Part D) |
| **Payable to You** | $242.88 per month<br><br>Amount(s) may change based on final data. |
| **Payable to Your Beneficiary** | $242.88 per month |
| **Beneficiary** | KIMBERLY J. LALIBERTE<br>Birth Date: 09-05-1953<br>Relationship: Spouse<br>Gender: Female<br><br>To protect your privacy, your beneficiary's Social Security number isn't shown. To verify this information, access *My Benefits Access* through *Benefits OnLine* or call the Northrop Grumman Benefits Center. |
| **Date You Begin Receiving Benefits** | May 1, 2011 |
| **Payment Sent To** | $3,153.41 per month<br><br>Amount(s) may change based on final data.<br><br>WELLS FARGO<br>Account Type: Checking<br>Account Number: xxxxxx5983<br>Routing Number: 122000247 |
| **Federal Income Tax Withholding** | Filing Status: Married<br>Allowances: 99<br>Additional Flat Dollar Amount: $472.25 |
| **State Income Tax Withholding** | State: CA<br>Flat Dollar Amount: $252.25 |



**Pension Plan**

**Pension Election Authorization Form**

Statement Date 03-25-2011



V000126

JOHN L. LALIBERTE
21023 NORTHVIEW DRIVE
WALNUT CA   91789

This notice applies to the NG ESSD Salaried Employees' Pension Plan (the "Pension Plan").

Please carefully read the following information. Sign and date below to certify your choices from the Pension Plan. **You must sign, date, and return the 2 enclosed Pension Election Authorization Form(s) to begin your pension benefit. Your spouse must also sign the Consent of Spouse section(s) on the Pension Election Authorization Form(s), if applicable.**

Keep a copy of this form for your records. Then, mail all pages of this completed, original form (not a copy) along with any required documentation to:

Northrop Grumman Benefits Center
P.O. Box 8000
Charlotte, NC 28262-8000

Written changes to this authorization won't be valid, and your choices as printed below will take effect.

My signature below:

- Certifies that my birth date is April 22, 1946.

- Certifies that I received a Notice of Rights and a description of my pension options, relative values, financial effect and amounts payable.

- Certifies that I understand that Northrop Grumman reserves the right to correct any errors. If it's determined at any time that the information provided on this statement conflicts with the benefit defined by the Pension Plan, the Pension Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

- Certifies that I understand that I will be billed for my retiree health and group benefit coverage.



362110016 01539-V000126



Pension Election Authorization Form

- Cancels any prior choices. My choices can be changed up to the last business day before my benefits begin.

- Certifies, under penalties of perjury, that I'm entitled to the number of withholding allowances claimed or to choose no withholding for my non-rollover-eligible payment.

**Pension Election Authorization Form for the Historical Benefit - Historical Benefit (Part A)**

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**.
*Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$338.77** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $338.77 per month.

**Pension Election Authorization Form for the Historical Benefit - Transition Benefit (Part B or C)**

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**.
*Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$617.07** per month. This amount may change based on final data.

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $617.07 per month.

**Pension Election Authorization Form for the Cash Balance Benefit (Part D)**

- Certifies that I've chosen the 100% Joint & Survivor Annuity to commence on **May 1, 2011**.
*Note: For accounting purposes, it may be necessary for The Plan to send multiple checks totaling one payment. Payments can be verified using check stubs or advice of payments.*

- Certifies that I understand this payment option pays **$242.88** per month. This amount may change based on final data.

Pension Election Authorization Form                                     Page 3

- Certifies that I understand my beneficiary is KIMBERLY J. LALIBERTE and will receive upon my death $242.88 per month.

---

Signature _____        Date _____

# For More Information

For more information, go to *Benefits OnLine* at **http://benefits.northropgrumman.com** or call the Northrop Grumman Benefits Center (NGBC) at 1-800-894-4194.  If you are calling from outside the United States, please call 718-354-1338.  You will need your *My Benefits Access* password to secure your call.  Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time, excluding holidays. If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

362110016 01539-V000126

